# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Shawn Huggins, Attorney at Law, Bar No. 6348 | Case No. 2:25-ms-13<br><br>**ORDER OF SUSPENSION** |

Attorney Shawn Huggins, State Bar No. 6348, was suspended by the Supreme Court of Nevada on March 14, 2025. On March 19, 2025, I ordered Mr. Huggins to show cause why this court should not impose reciprocal discipline and suspend him. ECF No. 1. The OSC provided Mr. Huggins with 30 days to respond with reasons why he should not be suspended. No response has been received. Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that Shawn Huggins, Bar No. 6348, is suspended from practice in United States District Court for the District of Nevada.

DATED THIS 5th Day of May 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 6th day of May 2025, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Shawn Huggins
> 8683 W. Sahara, Suite 180
> Las Vegas, NV 89117

> Certified Mail No.: 9589 0710 5270 1165 2468 66

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada