UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*In re*: Shawn Huggins,
Attorney at Law, Bar No. 6348

Case No. 2:25-ms-13

**ORDER VACATING
ORDER OF SUSPENSION**

    Attorney Shawn Huggins, State Bar No. 6348, was suspended by the Supreme Court of Nevada on March 14, 2025.  No response was received to the court's Order to Show Cause filed March 19, 2025. ECF No. 1. As required under Local Rule IA 11-7(e)(2), an order of reciprocal discipline suspending Mr. Huggins was entered on May 6, 2025. ECF No. 5. The Nevada State Bar later advised the court that Mr. Huggins is deceased.

    I THEREFORE ORDER that the Order of Suspension is vacated.

    DATED THIS 8th Day of May 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE